# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:10-CR-494-GMN (GWF) |
| FERMIN FLORES, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

On March 5, 2012, defendant FERMIN FLORES pled guilty to a Superseding Information charging him with Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Section 1349, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Superseding Information and the Plea Agreement. Docket #48, #52, #53.

This Court finds that FERMIN FLORES shall pay a criminal forfeiture money judgment of $206,522.90 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from FERMIN FLORES a criminal forfeiture money judgment in the amount of $206,522.90 in United States Currency.

**DATED** this 7th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge