2012 OCT -4 A 11: 32

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAURICIO LOPEZ, ) <br> ) <br> Defendant. ) | 2:10-CR-494-GMN-(GWF) |

## ORDER OF FORFEITURE

This Court found on March 7, 2012, that MAURICIO LOPEZ shall pay a criminal forfeiture money judgment of $206,522.90 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Order of Forfeiture, ECF No. 58.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MAURICIO LOPEZ a criminal forfeiture money judgment in the amount of $206,522.90 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 4th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

U.S. v. Mauricio Lopez
2:10-cr-00494-GMN-GWF
**Restitution List**

US Bank                                      $252,072.06
U.S. Bank Corporate Security
Recovery and Restitution payments
PO Box 650
Milwaukee, WI 53278-0650
re: 6830016777